UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FURQUAN STAFFORD,<br><br>     Plaintiff,<br><br>vs.<br><br>OCTAPHARMA AG and BAXALTA, INC.,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-00321-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 15th day of January, 2020.

                JAMES N. HATTEN
                CLERK OF COURT


            By: s/ D. Barfield
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 15, 2020
James N. Hatten
Clerk of Court

By: s/ D. Barfield
   Deputy Clerk